**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| LESLIE CROAKER, JR., | ) | NO. CV 15-5111-AG (AS) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| RALPH CORNELLY, CAPTAIN MAREJON, CAPTAIN McCORCKLE, DEPUTY RAFAEL ORAZCO, and DEPUTY MINNAYE, | ) | |
| Defendants. | ) | |

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: February 28, 2016

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE